**D. T. SOLOMON, Plaintiff-Appellee,**

v.

**SOUTHERN PACIFIC COMPANY, Defendant-Cross Plaintiff-Appellant-Cross Appellee,**

**Phillips Petroleum Company, Phillips Products, Inc., and Coastal Resin Company, Defendants-Cross Defendants-Appellees-Cross Appellants.**

No. 30225.

United States Court of Appeals, Fifth Circuit.

March 17, 1971.

Larry F. York, Houston, Tex., for Southern Pacific Co.; Baker, Botts, Shepherd & Coates, Houston, Tex., of counsel.

E. H. Brown, Eugene C. Marshall, Houston, Tex., for Phillips Petroleum Co. and others; Wm. J. Zeman, Lloyd G. Minter, Bartlesville, Okl., of counsel.

Robert J. Foreman, Dallas, Tex., for D. T. Solomon.

Before GEWIN, BELL and ALDISERT,* Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Of the Third Circuit, sitting by designation.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

